# UNITED STATES DISTRICT COURT

**Northern** DISTRICT OF **Texas**

UNITED STATES OF AMERICA

V.

JESSIE ALAN HUCKEL

**EXHIBIT AND WITNESS LIST**

Case Number: 4:17-CR-176-A (03)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John McBryde | Frank Gatto - AUSA | Kevin B. Ross |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Arraignment/Guilty Plea 9/28/2017 | Debbie Saenz | Michelle Moon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 3 | 9/28/2017 | Yes | Yes | Govt Exh. 1 - Admitted. |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 28 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages