IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 16 2018

CLERK, U.S. DISTRICT COURT
By _____
                          Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CR |
| VS. | § | NO. 4:17-CV-176-A |
| | § | |
| RONNIE BERNARD ELLIS, ET AL | § | |

ORDER

On January 11, 2018, defendant **JESSIE ALAN HUCKEL** filed in the above-captioned action his unopposed motion for an extension of time to respond to the government's presentence report addendum and sentencing memorandum.  The motion was signed electronically, in violation of the court's standing order and the undersigned's judge-specific requirements available at http://www.txnd.uscourts.gov/sites/default/files/documents/McBrydeStatusReportOrder.pdf. Defendant also failed to provide a judge's copy of the motion, as required by Rule LCrR 49.2(b) of the Local Criminal Rules of the United States District Court for the Northern District of Texas.

Therefore,

The court ORDERS that the above-referenced document be, and is hereby, unfiled and stricken from the record in the above-captioned action.

SIGNED January 16, 2018.

_____
JOHN McBRYDE
United States District Judge



FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION
2018 JAN 1 1 PM 1: 27

CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

UNITED STATES OF AMERICA

v.

JESSIE ALAN HUCKEL, (03)
a.k.a. Rome Huckel

NO. 4:17-CR-176-A (03)

---

### DEFENDANT'S UNOPPOSED MOTION FOR A 7-DAY EXTENSION TO FILE RESPONSE TO GOVERNMENT'S OBJECTIONS TO PSR ADDENDUM AND SENTENCING MEMORANDUM

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Jessie Alan Huckel, and submits this unopposed motion for a 7-day Extension to File his Response to the Government's Objections to the PSR Addendum and Sentencing Memorandum and would show the following:

I.

The sentencing date is currently set for March 13, 2018 at 10:00 a.m.

II.

Pursuant to the Court's December 20, 2017 Scheduling Order, paragraph 11 states:

> **(11)** Each party deliver to the court, the probation officer, and counsel for the parties **by 4:00 p.m. on January 11, 2018**, (i) a written response to the opposing party's objections to the addendum, (ii) any other item the party wishes the court to consider in connection with sentencing, such as a sentencing memorandum or character letters.

III.

Undersigned counsel requests a 7-day extension of time to file his Response to the Government's Objections to the PSR Addendum and to file Sentencing Memorandum, including character letters, until January 18, 2018. Counsel is requesting this 7-day extension to allow