ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2018 JUN 14 AM 10:50

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:17-CR-176-A (03) |
| JESSIE ALAN HUCKEL, (03) a.k.a. Rome Huckel | |

### DEFENDANT'S SECOND UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING DATE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** JESSIE ALAN HUCKEL, and submits this unopposed second motion for continuance of sentencing date and would show the following:

I.

On June 12, 2018, Mr. Huckel submitted a motion to continue sentencing and requested a new date to either August 1st, 2nd, or 3rd, 2018 or after August 10, 2018. [doc. 237]. On June 13, 2018, the Court issued an order granting the motion to continue sentencing [doc. 238] and reset Mr. Huckel's sentencing date to June 20, 2018 at 10:00 a.m.

II.

As stated in Mr. Huckel's first motion to continue sentencing, his wife Meagan Huckel will be out of town and unavailable on June 22, 2018 and will not be returning to town until the first week of August 2018. Unfortunately, Mrs. Huckel will be leaving the state on June 19, 2018 and has pre-purchased plane tickets. (Exh.1). As a result, she will also not be available on June 20, 2018 for Mr. Huckel's sentencing. Mrs. Huckel is not sure when she will return but has informed counsel that it will be around the end of the last week of July 2018.

Not only is Mrs. Huckel needed as a character witness, but she may also be needed to provided testimony to rebut information in the PSR pertaining to Defendant's PSR objections.

III.

For the reasons stated above, undersigned counsel respectfully re-urges and requests the Court reset the sentencing date to either August 1st, 2nd, or 3rd, 2018 or after August 10, 2018. Counsel is tentatively scheduled to have Oral Argument before the Fifth Circuit Court of Appeals on two cases the week of August 6, 2018.

Counsel has conferred with AUSA Frank Gatto, and he is not opposed to this request.

IV.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this second unopposed motion for continuance of sentencing be granted.

Respectfully submitted,

Kevin B. Ross
Texas State Bar No. 24033020
LAW OFFICE OF KEVIN B. ROSS, P.C.
8150 N. CENTRAL EXPY., SUITE M2070
DALLAS, TEXAS 75206
214-731-3151 (Office)
214-594-8988 (Fax)

Attorney for Defendant

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on this 13th day of June, 2018, I conferred with Frank Gatto, attorney for the Government, and he stated that the Government has no opposition to the granting of his second unopposed motion to continue sentencing.

KEVIN B. ROSS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant's Motion for Continuance of Sentencing Date was delivered via electronic means to Frank Gatto, Assistant United States Attorney, 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102, to frank.gatto@usdoj.gov, on this the 13th day of June, 2018.

KEVIN B. ROSS

- Print or email your receipts
- Get baggage information
- Select seats
- Get support in our Help section

**Manage my Booking**

## Still Need Help?
Check out out our extensive support section to answer your questions.

# YOUR ITINERARY

### Departure

**Dallas-fort Worth, TX (DFW) to Los Angeles, CA (LAX)**　　　　Nonstop


American Airlines
Flight 2811

| | | |
|---|---|---|
| 11:45am | Tue. Jun 19 | Dallas-fort Worth, TX (DFW) |
| 12:58pm | Tue. Jun 19 | Los Angeles, CA (LAX) |

Economy

Total Trip Time: 3h 13m　　　　**Change Flights**

See Baggage Allowance Details

\* Basic Economy fares come with some airline restrictions:
Travelers are limited to 1 item that fits under the seat (no access to overhead bin). Seats are assigned at check-in (†). Flights are not eligible for upgrades (†). Travelers board in last group. No changes or refunds (†).
(†) Rules apply to all passengers including AAdvantage elites.

## RECEIPTS

| Date | Receipt # | Details | Amount |
|---|---|---|---|
| May 15, 2018 | #92640472 | View Receipt | $276.40 USD |

**DEFENDANT'S EXHIBIT**
1

2

Total: $276.40 USD

## TRAVELERS

| Name | E-ticket |
|---|---|
| Megan Mckinney | American Airlines: 001-7113731860 |
| Trista Huckel | American Airlines: 001-7113731859 |
| Hadleigh Honea | American Airlines: 001-7113731860 |



### Select your seats!

Be sure to travel in comfort and select your preferred seat online now. Avoid having to arrive at the airport early, and secure that scenic window or stress-free aisle seat ahead of time.

Select Seats



### Need a place to stay?

We've already picked out some great hotels for your trip to Los Angeles, at rates perfect for any budget. Look forward to the comfort of a perfect hotel at a great price.

Find a Hotel



3