

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-CR-176-A |
| | § | |
| RONNIE BERNARD ELLIS, ET AL. | § | |

O R D E R

After having reviewed the presentence report, the government's objections thereto, the objections of defendant JESSIE ALAN HUCKEL ("Huckel") thereto, the addendum to the presentence report, the government's objections to the addendum, and the other sentencing items, the court tentatively has concluded that the government's objections to the presentence report and addendum are without merit and that, except to the extent accepted by the probation officer, Huckel's objections to the presentence report are without merit. Also, the court tentatively has concluded that in order to satisfy the sentencing objectives of 18 U.S.C. § 3553(a), the court should impose a sentence of imprisonment above the top of the advisory guideline imprisonment range; and, if the court concludes that Huckel has provided substantial assistance to the government in its investigation or prosecution of the criminal activities of others, the factors that caused the court tentatively to conclude that a sentence above the top of the advisory guideline

imprisonment range would be appropriate, should be taken into account in determining whether there should be a departure pursuant to the government's motion and, if so, the level of such a departure.

The parties should take such tentative conclusions into account in making decisions as to what presentations to make at the sentencing hearing.

THE COURT SO ORDERS.

SIGNED June 14, 2018.

_____
JOHN McBRYDE
United States District Judge