AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Texas

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| JESSIE ALAN HUCKEL | Case Number: 4:17-CR-176-A(03) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John McBryde | Frank Gatto - AUSA | Kevin Ross - Appointed |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Sentencing Hearing 06/20/2018 | Debbie Saenz | Fleather Arnold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 3 | 6/20/2018 |  | Yes | Special Agent M. McCurdy - Sworn & Testified. |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 0 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages